Order filed November 30,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00353-CV

                                                    __________

 

                                      IN
RE JOSEFINA MORENO



 

                                         Original
Mandamus Proceeding

 



 

O R D E R

 

The
court has reviewed the petition for writ of mandamus filed by Juan and Jaime
Moreno.  Real party in interest, Delfa Rodriguez, is directed to file a
response in this court no later than 5:00 p.m. on December 7, 2010, addressing
the timeliness of the physician’s report pursuant to Tex. Prob. Code Ann. § 687(a) (Vernon Supp. 2010).

 

                                                                        PER
CURIAM

 

November 30,
2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.